THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODNEY MINCHUE**                                                                                          **PLAINTIFF**
**ADC #175929**

v.                                              Case No. 4:24-cv-00205-KGB

**MATHIAS IVERY**                                                                                            **DEFENDANT**

<u>**ORDER**</u>

  Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 50). Plaintiff Rodney Minchue filed a motion to amend his complaint and objections to the Recommendation (Dkt. Nos. 51, 52). After careful consideration of the Recommendation, Mr. Minchue's motion to amend his complaint and objections, and a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. Mr. Minchue's objections do not rebut the factual findings and legal conclusions in the Recommendation. Further, the time for amending Mr. Minchue's complaint has passed; the Court is addressing a timely filed motion for summary judgment. For the reasons stated in the Recommendation, the Court grants defendant Mathias Ivery's motion for summary judgment (Dkt. No. 40). The Court denies Mr. Minchue's motion to amend his complaint (Dkt. No. 51). Judgment as a matter of law is granted in Mr. Ivery's favor, and the Court dismisses, with prejudice, Mr. Minchue's claims (Dkt. No. 2).

  It is so ordered this 21st day of August, 2025.

                           Kristine G. Baker
                           Chief United States District Judge